WIRPP

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

- - - - - - - - - -

FILED - GR
April 15, 2016 3:31 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: mkc   SCANNED BY: /s/

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>DAVID CARL HEINSEN,<br><br>Defendant. | CASE NO. 1:15-CR-00164-PLM<br><br>PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM |

TO:   HONORABLE RAY KENT
      UNITED STATES MAGISTRATE JUDGE
      WESTERN DISTRICT OF MICHIGAN

Now comes Tessa K. Hessmiller, Assistant United States Attorney for the Western District of Michigan, and attorney for the petitioner, and brings this Petition for Writ of Habeas Corpus Ad Prosequendum, and in support thereof respectfully states unto this Honorable Court as follows:

1. That on or about September 15, 2015, an Indictment was returned against defendant charging him with Receipt of Child Pornography in violation of 18 U.S.C. § 2252A(a)(2)(A) and (b)(1) and Possession of Child Pornography in violation of 18 U.S.C. § 2252A(a)(5)(B) and (b)(2).

2. That the defendant is presently incarcerated at the Michigan Reformatory (RMI) in Ionia County and he cannot be produced and appear before this Court for a sentencing hearing without an order of this Court.

WHEREFORE, your petitioner prays that a Writ of Habeas Corpus Ad Prosequendum may issue out of the Court directed to the Warden, Michigan Reformatory (RMI) in Ionia County and to each and all of his assistants, to surrender the said defendant to the United States Marshal for the Western District of Michigan, or his deputies, or any federal agent for transportation to Kalamazoo, Michigan, and further directing the United States Marshal for the Western District of Michigan, and his deputies, to have the said defendant before this Court at Kalamazoo, Michigan, and at such other times and dates as the Court may decree, on April 25, 2016 at 1:30pm and after the conclusion of this case that said defendant be returned to the Warden, the Michigan Reformatory (RMI) in Ionia County.

PATRICK A. MILES, JR.
United States Attorney

Tessa K. Hessmiller
Assistant United States Attorney

## ORDER

Let a Writ of Habeas Corpus Ad Prosequendum issue as prayed for in the foregoing petition, returnable April 25, 2016, at 1:30pm for a hearing on a plea before the Honorable Paul L. Maloney, United States Magistrate Judge, in Kalamazoo, Michigan.

Dated: 4/14/16

RAY KENT
United States Magistrate Judge